## PARKS *versus* BREWER.

IN this case it was *held*, that an attorney at law who attends court on account of professional business and also upon a subpœna as a witness, is not entitled to costs as a witness, except to a day's pay for attendance on the day on which he testifies ; or if, after completing his own business, he is detained as a witness, to pay for attendance during the whole time of the detention ; but that if he comes to court solely as a witness, he then stands like other witnesses in regard to costs.